1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| RICHARD G. MORENO, | ) | No. C 07-3723 JF (PR) |
|  | ) |  |
| Petitioner, | ) | ORDER OF DISMISSAL |
| vs. | ) |  |
|  | ) |  |
| BEN CURRY, | ) |  |
|  | ) |  |
| Respondent. | ) |  |
| | ) |  |

On July 19, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He challenges the decisions by the California Board of Prison Hearings ("Board") to deny him parole, and the Board's application of state law in reaching such decisions.

## DISCUSSION

The instant petition repeats the claims set forth in a federal habeas petition filed by petitioner several months earlier in Moreno v. Curry, No. C 07-1161 JF (PR), which action currently is pending. A complaint that merely repeats pending or previously litigated claims is frivolous and may be dismissed sua sponte. See Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir.

1   1988); <u>see</u> <u>also</u> 28 U.S.C. § 2244(b)(3)(A) (providing second or successive petition may

2   not be filed in district court unless petitioner first obtains from United States Court of

3   Appeals order authorizing such petition); <u>see</u> <u>also</u> 28 U.S.C. § 2244(b)(1) (providing that

4   second or successive petition must be dismissed in absence of authorization to proceed

5   from court of appeals).  As the instant petition repeats claims already presented to the

6   Court, the instant action will be dismissed as duplicative of petitioner's earlier-filed

7   federal petition..

8                                   **CONCLUSION**

9          The instant action is DISMISSED.  The Clerk shall terminate any pending motions

10  and close the file.

11         IT IS SO ORDERED.

12  DATED:  2/22/08

13                                   _____
                                     JEREMY FOGEL
                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  A copy of this order was mailed to the following:

2

3  **Richard G. Moreno**
   A52525
4  Soledad State Prison
   P.O. Box 689
5  ED-111-L
   Soledad, CA 93960-0689
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28