NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD G. MORENO, | ) | No. C 07-3723 JF (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| BEN CURRY, | ) | |
| Respondent. | ) | |

The Court has dismissed the instant action as duplicative. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/22/08

JEREMY FOGEL
United States District Judge

Judgment
G:\PRO-SE\SJ.Jf\HC.07\Moreno723jud.wpd        1

1  A copy of this order was mailed to the following:

**Richard G. Moreno**
A52525
Soledad State Prison
P.O. Box 689
ED-111-L
Soledad, CA 93960-0689

1  A copy of this order was mailed to the following:

**Richard G. Moreno**
A52525
Soledad State Prison
P.O. Box 689
ED-111-L
Soledad, CA 93960-0689